FILED
CHARLOTTE, NC

JUL -2 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 3:26- CV-527- MEO

Anthony R. Sutton
#### Plaintiff,

VS.

American Airlines, Inc.

#### Defendant(s).

COMPLAINT

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5). Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42 U.S.C. Sections 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c)(1) and 626(e) and appropriate relief is also sought.

## B. PARTIES

1. Name of Plaintiff: Anthony R. Sutton
   Address: 7025 High Oak Dr. Matthews, NC 28104

2. Name of first Defendant: American Airlines, Inc.
   Address: 5301 Josh Birmingham Pkwy Charlotte NC 28208

3. Name of second Defendant: N/A
   Address:

4. Name of third Defendant:
   Address:

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   American Airlines
   5301 Josh Birmingham Pkwy Charlotte,
   NC 28208

2. The discriminatory acts occurred on or about:
   December 18, 2025 and June 28th 2024 (Month, Day, Year)

3. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

___March 6, 2026___ (Month, Day, Year)

4. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

___June 23, 2026___ (Month, Day, Year)

5. The discriminatory acts that are the basis of this suit are:
   a. _X_ Failure to employ me.
   b. _____ Failure to promote me.
   c. _____ Termination of my employment.
   d. _____ Demotion.
   e. _____ Denied equal pay/work.
   f. _____ Sexual harassment.
   g. _____ General harassment.
   h. _X_ Other acts (Be specific: Attach an additional sheet if necessary)

   ___Refusal to hireme after disclousure___
   ___of circumstance have changed___

   _____

   _____

6. Defendant's conduct is discriminatory with respect to:
   a. _____ my race
   b. _____ my color
   c. _____ my sex
   d. _____ my religion
   e. _____ my national origin
   f. _____ my age
   g. _X_ Disability and retaliation

7. I believe that the defendant is still committing these acts against me.

   YES _X_                    NO _____

# D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts from the basis for my allegations:

Count 1: Disability Discrimination in violation of Americans with disabilites act (ADA)

Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

I have a cognitive learning / intellectual disability protected by ADA. I was previously employed as ramp agent. informed them of my disability requested reasonable accomodations and I participated in while working & advising them. After separation was informed I could reapply after period of time on or about Dec 18. Contacted hr. learned I'm marked Permanently ineligible for rehire

Count 2: Retaliation

Supporting Facts:

I requested reasonable accomodations disclosed disability while employed by American. after engaging in protected activities American refused to rehire me classified me as permanently incligible for rehire. I believe this action was taken because I requested accomodations and asserted my rights under Ada as result I was denied opportunity to compete for employment and return to work for them.

# E. INJURY

How have you been injured by the actions of the defendant(s)?

As result of defendants actions I lost opportunity to obtain employment with American. I suffered lost wages and employment benefits, financial hardship emotional distress, Anxiety, humiliation, frustration damage to my professional reputation. I have also lost the opportunity to continue my career with American Airlines despite my qualifications and my abilities to perform essential functions of the position with reasonable accomodation

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action? YES _____ NO __X__

If your answer is "YES", describe each lawsuit. (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendant(s):_____

2. Name of court and case or docket number:_____

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

4. Issues raised:

_____

_____

_____

5. When did you file the lawsuit? _____(Date: Month/Year)

6. When was it (will it be) decided? _____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?

YES __X__      NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

I filed charge of discrimination with th U.S. Equal employment opportunity comission (EEOC) charge No. 430-2026-01160. On June 23rd 2026, EEOC issues a determination ~~and~~ and notice of rights (right-to-sve notice) concluding its administrative processing of my charge and authorizing me to file this lawscit

G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

1. Find defendant violate (ADA)
2. Award back pay and lost employment benefits
3. Award compensatory damages for emotional distress and other damages permits by law.
4. Award punitive damages if permitted by law
5. order defendant to reinstate plantiff or award front pay if reinstatement is not appropriate.
6. Award costs of this action and any other relief the court deems just and proper.

JURY TRIAL REQUESTED

YES ☒      NO _____

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at __Matthews, NC__ on __07-01-2026__.

(Location)                    (Date)

_Anthony elton_

Signature